IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES W. RAY

                       Petitioner,                               ORDER

      v.                                     08-cv-69-bbc

RICHARDO MARTINEZ, Warden; RICHARD
ENGLE, Associate Warden; JOHN SHOOK,
Associate Warden; A. SALAS, Captain;
D. SPROUL, Unit Manager; JOETTA A.
TERRELL, Discipline Hearing Officer;
S. LACY, Discipline Hearing Officer;
MICHAEL K. NALLEY, Regional Director;
HARRELL WATTS, National Inmate Appeals
Administrator; J. ROEBUCK, Lieutenant;
ALICE DREWITZ, Discipline Hearing
Coordinator; JOHN DOE and JANE DOE;

                       Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Petitioner Charles W. Ray, a prisoner at the Federal Correctional Institution in Pekin, Illinois, has submitted a proposed complaint. He asks for leave to proceed in forma pauperis. Because petitioner is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint in forma pauperis, petitioner will have to make an initial partial payment of the filing fee in the amount of $38.65 and the remainder of the fee in monthly installments even

if his request for leave to proceed is denied.

## ORDER

IT IS ORDERED that petitioner is assessed $38.65 as an initial partial payment of the $350 fee for filing this case.  He is to submit a check or money order made payable to the clerk of court in the amount of $38.65 on or before March 6, 2008.  If, by March 6, 2008, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily.  In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 14th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge