# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHARLES W. RAY,

        Petitioner,

   v.

RICHARDO MARTINEZ, Warden; RICHARD ENGLE, Associate Warden; JOHN SHOOK, Associate Warden; A. SALES, Captain; D. SPROUT, Unit Manager; JOETTA A. TERRELL, Discipline Hearing Officer; S. LACY, Discipline Hearing Officer; MICHAEL K. NALLEY, Regional Director; HARRELL WATTS, National Inmate Appeals Administrator; J. ROEBUCK, Lieutenant; ALICE DREWITZ, Discipline Hearing Coordinator; JOHN DOE and JANE DOE,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-069-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____10/23/08_____
Date